*patrıck*, District Attorney, for Commonwealth, appellee.
Judgment of sentence affirmed.


Commonwealth *v.* Bates, Appellant.

Submitted December 16, 1975. *Ralph W.D. Levan*, First Assistant Public Defender, for appellant; *Grant E. Wesner*, Deputy District Attorney, and *Robert L. VanHoove*, District Attorney, for Commonwealth, appellee.
Judgment of sentence affirmed.


Commonwealth *v.* Beaty, Appellant.

Submitted December 16, 1975. *Calvin S. Drayer, Jr.*, Assistant Public Defender, for appellant; *Stewart J. Greenleaf*, Assistant District Attorney, *William T. Nicholas*, First Assistant District Attorney, and *Milton O. Moss*, District Attorney, for Commonwealth, appellee.
Judgment of sentence affirmed.


Commonwealth *v.* Booker, Appellant.